UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
    -v- : 19-CR-824 (PAE)
:
MICHAEL SOLOMON MARKOWITZ and : ORDER
DAVID BINET :
:
               Defendants. :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    For the reasons stated on the record at yesterday's conference, the Court schedules a next conference in this case for **February 6, 2020** at **10:00 a.m.** in Courtroom 1305 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until February 6, 2020. The Court schedules trial in this matter for **June 15, 2020** at **9:30 a.m.** in Courtroom 1305 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

    SO ORDERED.

Dated: November 21, 2019
       New York, New York

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge